UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-20664-GRAHAM

LUXOR AGENTES AUTONOMOS DE
INVESTIMIENTOS, LTDA., a Brazilian
corporation,

        Plaintiff(s),

vs.

INTERTRANSFERS, INC., a Florida
corporation; JOSE AUGUSTO MARTINS,
individually; and PLATTE RIVER
INSURANCE COMPANY, a Nebraska
corporation,

        Defendant(s),

**ANSWER TO WRIT OF GARNISHMENT SERVED MAY 3, 2013 AND DEMAND FOR ATTORNEYS' FEES**

JORGE LEZCANO, individually, and
ANA PAULA MARTINS, individually,
ENTERPRISES INVESTORS GROUP, INC.,
a Florida corporation,

        Third-Party Implead Defendants,

and

BANK OF AMERICA, N.A.,

        Garnishee.
_____/

      Garnishee, BANK OF AMERICA, N.A., answers in Garnishment and says:

      1. Garnishee was not indebted and has not had any goods, monies, chattels or effects of Defendant(s), INTERTRANSFERS, INC. and JOSE AUGUSTO MARTINS, at the time of service of the Writ of Garnishment served upon the Garnishee (plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ) and at the time of its answer and at all

times between service and its answer, except for:

| ACCOUNT NUMBER | NAME AND ADDRESS | AMT. HELD |
|---|---|---|
| xxxxxxxx8435 | Iraci Romao Oliveira<br>Jose Augusto Martins<br>P. O. Box 348294<br>Miami, FL 33234-8294 | $261.46 |
| xxxxxxxx8561 | Jose Augusto Martins<br>Iraci Romao Oliveira<br>P. O. Box 348294<br>Miami, FL 33234-8294 | $67.65 |
| xxxxxxxx3763 | Iraci Romao Oliveira<br>Jose Augusto Martins<br>P. O Box   348294<br>Miami, FL 33234-8294 | $724.57 |
| xxxxxxxx7286 | Iraci R. Oliveira<br>Augusto Martins<br>P. O. Box   348294<br>Miami, FL 33234-8294 | $179.00 |

2. The Garnishee has no duty or obligation to make, and has not made, a determination whether the property of the Defendant(s), in its possession or control is subject to any defenses or exemption provided to the Defendant(s), by State or Federal Law.

CERTIFICATE OF SERVICE OF DESIGNATION OF PRIMARY E-MAIL ADDRESSES

Pursuant to Rule 2.516(b)(1)(B), Florida Rules of Judicial Procedure, the following primary and secondary e-mail addresses are designated for service of pleadings and documents in the above styled matter.

PRIMARY:       ajhones@hsaalegal.com
SECONDARY:     jthaley@hsaalegal.com

I HEREBY CERTIFY that on May 8, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and thereby served this document on Michael B. Chavies, Esquires, Akerman Senterfitt, One S. E. 3rd Avenue, 25th Floor, Miami, Florida 3131.

>HALEY & JHONES, P.A.
>Attorneys for Garnishee
>1500 San Remo Avenue, Suite 222
>Coral Gables, FL   33146
>Phone:  (305) 661-4637
>Fax:     (305) 661-4640
>
>By:   */S/ ANA M. JHONES, ESQUIRE*
>        ANA M. JHONES, ESQUIRE
>        FBN: 771170
>        J. T. HALEY, ESQUIRE
>        FBN: 131633

**GARNISHEE'S STATUTORY DEMAND TO CLERK
FOR ATTORNEYS' FEES DEPOSIT
(FLORIDA STATUTES, SECTION 77.28)**

Garnishee has employed the services of the undersigned law firm to represent Garnishee in these garnishment proceedings.  Garnishee **DEMANDS** the statutory partial deposit from the Clerk of the court payable to **Haley & Jhones, P.A.,** as compensation to be applied towards Garnishee's reasonable attorneys' fee.

>By:   */S/  ANA M. JHONES, ESQUIRE*
>        ANA M. JHONES, ESQUIRE
>        FBN: 771170
>        J. T. HALEY, ESQUIRE
>        FBN: 131633

P:\Garnishments-70.342\Answers-2013\ANS 13-384.wpd