UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 12-CV-20664-Graham

LUXOR AGENTES AUTONOMOS DE INVESTIMENTOS, LTDA., A BRAZILIAN CORPORATION,

    Plaintiff,

v.

INTERTRANSFERS, INC., A FLORIDA CORPORATION; JOSE AUGUSTO MARTINS, INDIVIDUALLY; AND PLATTE RIVER INSURANCE COMPANY, A NEBRASKA CORPORATION


JORGE LEZCANO, INDIVIDUALLY, AND ANA PAULA MARTINS, INDIVIDUALLY, ENTERPRISES INVESTORS GROUP, INC., A FLORIDA CORPORATION,

    Defendant,

v.

WELLS FARGO BANK, N.A.,

    Garnishee.

_____/

**AMENDED
ANSWER OF GARNISHEE
AND
<u>DEMAND FOR GARNISHMENT DEPOSIT</u>**

    COMES NOW Garnishee, Wells Fargo Bank, N.A., successor in interest to Wachovia Bank, N.A., by and through its undersigned attorneys, and amends its Answer to the Writ of Garnishment served herein on it and says:

    1. At the time of service of said Writ (plus sufficient time not to exceed one business day for Garnishee to act expeditiously on the Writ) and at the time of this Answer, and in between said times, excluding any "protected amount" as defined in Title 31, Subtitle B, Chapter II, Subchapter A, Part 212, <u>Code of Federal Regulations</u>, **if any**, the Garnishee may be indebted to Defendant(s), "Intertransfers, Inc., and Jose Augusto Martins" in the amount of $1,104.19 by virtue of an account(s) in the name of "Intertransfers Disbursement", at the address(es) shown on the Service List, and Garnishee in good faith has

44001313

$1,104.19 in accordance with Chapter 77, and primarily Section 77.06(2) and (3), *Florida Statutes*.

2. Under Garnishee's Account Agreement with Garnishee's customer, Garnishee has a contractual right of setoff and a security interest in its customer's accounts for Legal Process, including garnishments, and it hereby claims this right as an Affirmative Defense. Specifically, among its other rights, Garnishee is authorized to charge against its customer's account a Legal Process Fee in the amount of $125.00. See *Baxter Healthcare Corp. v. Universal Medical Labs, Inc.*, 760 So. 2d 1126 (Fla. App. 5 Dist 2000). Said sum has been taken from an account(s) enumerated in paragraph 1 above, and the amount shown in paragraph 1 reflects the sum held and available for garnishment after setoff. Garnishee's Legal Process Fee is in addition to the statutory $100.00 garnishment deposit payable to Garnishee's attorney for filing this Answer (Section 77.28 *Florida Statutes*).

3. The Garnishee has no other deposit, account or tangible or intangible personal property of Defendant(s) in its possession or control at the time of service of said Writ and at the time of this Answer, and in between said times, and knows of no other person indebted to the Defendant(s) or who may have any of the effects of the Defendant(s).

4. Except as provided in paragraph 1 above, the Garnishee has no obligation to make, and has not made, a factual determination as to whether any property of the Defendant(s) in its possession or control is subject to any exemption provided to the Defendant(s) by State or Federal law.

5. The Garnishee has retained the law firm of Marks Gray, P.A. to represent it in this matter and requests that it be paid its attorney's fees and costs as allowed by law.

## DEMAND FOR GARNISHMENT DEPOSIT

The Clerk will please pay to the undersigned the $100.00 garnishment deposit required by Section 77.28 *Florida Statutes*, in the above-styled cause.

44001313

MARKS GRAY, P.A.

By /s/ John B. Kent
John B. Kent
Florida Bar No.  042442
P. O. Box 447
Jacksonville, FL 32201
Telephone:  (904) 398-0900
Facsimile:  (904) 399-8440
jkent@marksgray.com
Attorneys for Garnishee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that (1) that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the first name on the attached Service List and (2) that a copy hereof has been furnished to the email or mail address(es) listed on the attached Service List by email or mail on May 31, 2013.

MARKS GRAY, P.A.

By /s/ John B. Kent
John B. Kent
Florida Bar No.  042442
P. O. Box 447
Jacksonville, FL 32201
Telephone:  (904) 398-0900
Facsimile:  (904) 399-8440
jkent@marksgray.com
Attorneys for Garnishee

## SERVICE LIST

Michael B. Chavies, Esquire
(michael.chavies@akerman.com)

Intertransfers
25 SE 2nd Ave Ste 514M
Miami, FL 33131-1601

Intertransfers
Ingraham Building
25 SE 2nd Ave Ste 516
Miami, FL 33131-1601

44001313